STATE OF NEW JERSEY v. DENNIS PORTER.

October 15, 1986.

Cross-petition for certification denied. (See 210 *N.J.Super.* 383)

STATE OF NEW JERSEY v. ESTHER SOFF.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN NOTTINGHAM.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MCNEIL.

October 15, 1986.

Petition for certification denied.